IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:09cr3090 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER TO WITHDRAW |
| ) | EXHIBITS |
| KEVIN JARZELL MOORE, ) | |
| ) | |
| Defendant. ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel are ordered to withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order:

Government's Exhibits 1-3, 5, 7-12, 14, 21-23/ jury trial/ held on 3/22 through 3/26/10

Defendant's Exhibits 101 - 109/ jury trial/ held on 3/22/10 through 3/26/10

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 29th day of March, 2010.

s/ *Richard G. Kopf*
United States District Judge