IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3090 |
| | ) | |
| V. | ) | |
| | ) | |
| KEVIN JARZELL MOORE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED that the request for cd/transcript by a non-party (filing 122) is granted.

   DATED this 20th day of April, 2010.

                              BY THE COURT:

                              *Richard G. Kopf*
                              United States District Judge